IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| OTTENHEIMER PUBLISHERS, INC. | : |
| Plaintiff, | : |
| v. | : |
| PLAYMORE, INC. et al. | : Civil Action No. CCB 00 CV 3081 |
| Defendants. | : |

## STIPULATION AND ORDER FOR EXTENSION OF TIME

1. The plaintiff and defendants hereby stipulate to a 30-day extension of time for Defendant Peter Haddock Ltd.'s ("Defendant Haddock") response.

2. Defendant Haddock shall answer or otherwise plead or respond to the Complaint on Friday, February 16, 2001, unless such time is further enlarged by stipulation of the parties and further order of the Court.

SO ORDERED this 17th day of January, 2001.

_____
Judge Catherine C. Blake



FISHER & WINNER, LLP

_____
Norman L. Smith (Bar No. 24057)
315 N. Charles Street
Baltimore, MD 21201
(410) 385-2000 phone
(410) 727-1362 fax

Attorneys for Plaintiff Ottenheimer Publishers

Dated: January 16, 2001

PROSKAUER ROSE LLP

_____
Charles Guttman*
Bruce Boyden*
Susan Brinkerhoff (Bar No. 26203)
1233 Twentieth Street NW, Suite 800
Washington, DC 20036
(202) 416-6800 phone
(202) 416-6899 fax

Attorneys for Defendants Playmore, Inc., and Peter Haddock Ltd.

Dated January 16, 2001

*Motions *pro hac vice* pending.

2