# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

OTTENHEIMER PUBLISHERS, INC.

        Plaintiff(s)

vs.      Civil Action No. CCB 00-3081

PLAYMORE, INC. et al.

        Defendant(s)

FEB 1 – 2001
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

☑ FEE PAID
☐ FEE NOT PAID

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Susan Brinkerhoff__ Esquire a member of the Bar of this court, moves the admission of __Charles Guttman__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendants Playmore, Inc. and Peter Haddock, Ltd.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York__ and/or the following United States Court(s): __S.D.N.Y., E.D.N.Y., Second Circuit Court of Appeals, Federal Circuit Court of Appeals__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

FILED ___ ENTERED
LODGED ___ RECEIVED
FEB 5 2001
AT BALTIMORE
BY ___ DEPUTY

Revised 6/98

-2-

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:
_[signature]_
Signature
Proskauer Rose LLP
1233 20th St., N.W., #800
Address
Washington, D.C. 20036

202/416-6800
Office phone number

202/416-6899
Fax number

26203
Md. U.S. District Court Number

PROPOSED ADMITTEE:
_Charles Guttman_
Signature
Proskauer Rose LLP
Address 1585 Broadway
New York, NY 10036

212-969-3000
Office phone number

212-969-2900
Fax number

**ORDER**

Motion ✓ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

2/5/01
Dated

_[signature]_
Judge, U.S. District Court