# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| OTTENHEIMER PUBLISHERS, INC. | |
| Plaintiff(s) | Civil Action No. CCB 00 CV 3081 |
| vs. | |
| PLAYMORE, INC. et al. | |
| Defendant(s) | |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 101.1.(b) of this Court, __Susan Brinkerhoff__ Esquire a member of the Bar of this court, moves the admission of __Bruce E. Boyden__ Esquire to appear pro hac vice in the captioned proceeding as counsel for __Defendants Playmore, Inc. and Peter Haddock, Ltd.__

Movant and the proposed admittee respectfully certify as follows:

1) The proposed admittee is a member in good standing of the Bar(s) of the State(s) of __New York__

and/or the following United States Court(s): __Southern District of New York, Eastern District of New York__

2) During the twelve (12) months immediately preceding the filing of this motion, the proposed admittee has been admitted pro hac vice in this court __0__ time(s).

3) The proposed admittee has never been disbarred, suspended, or denied admission to practice, or has set forth all relevant facts, including disposition, as follows: _____

EFFECTIVE 7/1/95 - $50.00 FILING FEE (non-refundable) REQUIRED FOR PRO HAC VICE ADMISSION PAYABLE TO CLERK, U.S. DISTRICT COURT

Revised 6/95

- 2 -

4) The proposed admittee is familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Maryland, the Federal Rules of Evidence, and the Rules of Professional Conduct, and understands that he/she shall be subject to the disciplinary jurisdiction of this Court.

5) Co-counsel for the proposed admittee in this proceedings will be the undersigned or _____ Esquire, who has been formally admitted to the bar of this Court.

6) It is understood that admission **pro hac vice** does not constitute formal admission to the bar of this Court.

Respectfully submitted,

MOVANT:
/s/ Susan Bri
Signature

Proskauer Rose LLP
1233 20th St., N.W., #800
Address

Washington, D.C. 20036

202/416-6800
Office phone number

202/416-6899
Fax number

26203
Md. U. S. District Court Number

PROPOSED ADMITTEE:
/s/ Berec E Boyd
Signature

Proskauer Rose LLP
1233 20th St. NW, Suite 800
Address

Washington DC 20036

(202) 416-6800
Office phone number

(202) 416-6899
Fax number

**ORDER**

Motion ____✓____ GRANTED

Motion _____ GRANTED subject to payment of $50.00 filing fee to Clerk of Court.

Motion _____ DENIED

2/5/01
Dated

/s/ Judge
Judge, U. S. District Court