IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

OTTENHEIMER PUBLISHERS, INC.,          *

          Plaintiff          *

v.                                     *     Civil Action No. CCB 00 CV 3081

PLAYMORE, INC., et al.                 

          Defendants         *

*    *    *    *    *    *****    *    *    *    *    *

## STIPULATION AND ORDER FOR EXTENSION OF TIME

The Plaintiff and Defendants hereby stipulate to a 20 day extension of time within which Plaintiff will respond to Defendant Haddock's Motion to Dismiss. Plaintiff shall respond to the Motion to Dismiss by or on March 20, 2001, unless such time is further enlarged by stipulation of the parties and further order of the Court.

ORDERED, this 28th day of February 2001.

_____
Judge Catherine C. Blake

| FISHER & WINNER, LLP | PROSKAUER ROSE LLP |
|---|---|
| *[signature]* | *[signature]* |
| Norman L. Smith (Bar No. 24057) | Charles Gutman |
| 315 N. Charles Street | Bruce Boyden |
| Baltimore, MD 21201 | Susan Brinkerhoff (Bar No. 26203) |
| (410) 385-2000 phone | 1233 Twentieth Street NW, Suite 800 |
| (410) 727-1362 fax | Washington, D.C. 20036 |
| | (202) 416-6800 phone |
| | (202) 416-6899 fax |
| Attorneys for Plaintiff Ottenheimer Publishers, Inc. | Attorneys for Defendants Playmore, Inc. and Peter Haddock Ltd. |
| Dated: February 27, 2001 | Dated: February 27, 2001 |