IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| OTTENHEIMER PUBLISHERS, INC., | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. CCB 00 CV 3081 |
| PLAYMORE, INC., et al. | * | |
| Defendants | * | |

\* \* \* \* \* \*\*\*\*\* \* \* \* \* \*

## STIPULATION AND ORDER FOR EXTENSION OF TIME

The Plaintiff and Defendants hereby stipulate to a seven-day extension of time within which to file the written report required by Rule 26 (f). The parties will submit the report by or on March 19, 2001, unless such time is further enlarged by stipulation of the parties and further order of the Court.

ORDERED, this 20th day of March, 2001.

_____
Judge Catherine C. Blake

FISHER & WINNER, LLP

_____
Norman L. Smith (Bar No. 24057)
315 N. Charles Street
Baltimore, MD 21201
(410) 385-2000 phone
(410) 727-1362 fax
Attorneys for Plaintiff
Ottenheimer Publishers, Inc.

PROSKAUER ROSE LLP

_____
Charles Gutman
Bruce Boyden
Susan Brinkerhoff (Bar No. 26203)
1233 Twentieth Street NW, Suite 800
Washington, D.C. 20036
(202) 416-6800 phone
(202) 416-6899 fax
Attorneys for Defendants Playmore, Inc. and
Peter Haddock Ltd.