IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 AUG 13 P 4:01

CLERK'S OFFICE
AT BALTIMORE

OTTENHEIMER PUBLISHERS, INC.          :

v.                                    :     CIVIL NO. CCB-00-3081

PLAYMORE, INC., et al.                :

_____DEPUTY

...oOo..

### ORDER

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Defendant's motion to dismiss under Fed. R. Civ. P. 12(b)(2) is **GRANTED**;

2. The claims against Haddock will be dismissed within 30 days unless Ottenheimer chooses to file a motion regarding transfer;

3. Any such motion is due no later than **September 10, 2001**; and

4. Copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

8/13/01
Date

Catherine C. Blake
United States District Judge

-11-