```
                                            FILED
                                      U.S. DISTRICT COURT
        IN THE UNITED STATES DISTRICT COURT OF MARYLAND
              FOR THE DISTRICT OF MARYLAND
                                      2001 SEP 14  A 10: 36
```

OTTENHEIMER PUBLISHERS, INC.   :
                               :           CLERK'S OFFICE
                               :           AT BALTIMORE
     v.                        :
                               :              DEPUTY
                               :   CIVIL NO. CCB-00-3081
PLAYMORE, INC., et al.         :
                               :
                               :
                               :

...oOo...

### ORDER

In accordance with the Order dated August 13, 2001 in this case, no motions having been received, it is hereby **ORDERED** that:

1. the claims against defendant Peter Haddock. Ltd. are **DISMISSED** without prejudice;

2. a separate scheduling order follows.

9/14/01
Date

Catherine C. Blake
United States District Judge