IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

OTTENHEIMER PUBLISHERS, INC.        :

v.                                   :       CIVIL NO. CCB-00-3081

PLAYMORE, INC., ET AL.               :

...oOo...

## ORDER

Having considered the Stipulation of Dismissal With Prejudice dated September 4, 2001, filed with this Court on September 17, 2001, it is hereby **ORDERED** that:

1. the Order of Dismissal dated September 14, 2001 is hereby **Rescinded**;

2. the Stipulation of Dismissal With Prejudice filed September 17, 2001 is hereby **Approved**; and

3. this case is hereby **Closed**.

9/19/01
_____
Date

_____
Catherine C. Blake
United States District Judge

